UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                            CASE NO.: 23-11557-LMI

IRIS SLOTKIN

                                                                CHAPTER 13

    Debtor.

_____/

### CREDITOR ROGER SLOTKIN'S LIST OF WITNESSES FOR HEARING ON MARCH 7, 2024 AT 9:30 A.M. ON MOTION TO CONVERT OR DISMISS

Roger Slotkin, creditor, by and through his undersigned counsel hereby files his *Creditor Roger Slotkin's List of Witnesses for Hearing on March 7, 2024 at 9:30 a.m. on Motion to Convert or Dismiss*, (CP#104), (exclusive of rebuttal or impeachment witnesses) as follows:

1. Roger Slotkin
2. Iris Slotkin
3. Katherine Estevez
4. Robert Young of SRT, Inc. as expert witness
5. Any witnesses that may be listed or called by the Debtor.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 1, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties authorized to receive electronically Notices of Electronic Filing.

                                                   BEHAR, GUTT & GLAZER, P.A.
                                                   Attorneys for Roger M. Slotkin
                                                   DCOTA, 1855 Griffin Road
                                                   Suite A-350
                                                   Ft. Lauderdale, Florida 33180
                                                   Telephone: (305) 931-3771
                                                   Fax: (305) 931-3774
                                                   Bsb@bgglaw.com

                                                   By:_____/s/ **Brian S. Behar**_____
                                                   BRIAN S. BEHAR Florida Bar No.: 727131

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO.: 23-11557-LMI

IRIS SLOTKIN
                                                          CHAPTER 13
    Debtor.
_____/

### CREDITOR ROGER SLOTKIN'S LIST OF WITNESSES FOR HEARING ON MARCH 7, 2024 AT 9:30 A.M. ON MOTION TO CONVERT OR DISMISS

Roger Slotkin, creditor, by and through his undersigned counsel hereby files his *Creditor Roger Slotkin's List of Witnesses for Hearing on March 7, 2024 at 9:30 a.m. on Motion to Convert or Dismiss*, (CP#104), (exclusive of rebuttal or impeachment witnesses) as follows:

1. Roger Slotkin
2. Iris Slotkin
3. Katherine Estevez
4. Robert Young of SRT, Inc. as expert witness
5. Any witnesses that may be listed or called by the Debtor.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 1, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties authorized to receive electronically Notices of Electronic Filing.

BEHAR, GUTT & GLAZER, P.A.
Attorneys for Roger M. Slotkin
DCOTA, 1855 Griffin Road
Suite A-350
Ft. Lauderdale, Florida  33180
Telephone:  (305) 931-3771
Fax:  (305) 931-3774
Bsb@bgglaw.com

By:_____/s/ **Brian S. Behar**_____
BRIAN S. BEHAR Florida Bar No.: 727131