UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                    Case No.: 23-11557-LMI

Iris Slotkin,                                                             Chapter 13

    Debtor.
_____/

## WITNESS LIST

1. Iris Slotkin

2. Katherine Estevez

3. Roger Slotkin

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the **WITNESS LIST** was mailed this 1st day of March, 2024 to: **all registered users of ECF via NEF, via email to:** BSB@BGgLaw.Com, and **Debtor** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.
*Attorney for the Debtor*
Laila S. Gonzalez, Esq.
Florida Bar No.: 00975291
10691 N. Kendall Drive, Suite 207
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com