**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                        Case No.: 23-11557-LMI
                                                              Chapter 13
Iris Slotkin,

    Debtor.
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff    [ ] Defendant    [ ✓ ] Debtor    [ ] Other_____

Date of Hearing/Trial: March 7, 2024.
Type of Hearing/Trial: Motion to Dismiss

SUBMITTED BY:    Freire & Gonzalez, P.A.
                 Laila S. Gonzalez, Esq., Attorney for Debtor
                 10691 N. Kendall Drive, Ste. 207
                 Miami, FL 33176
                 Phone (305) 826-1774
                 Fax: (305) 826-1794

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Copy of Iris Slotkin's Hairstylist License | | | |
| 2 | Copy of moving receipt | | | |
| 3 | Photo of the Debtor's diamond earrings | | | |
| 4 | Copy of the appraisal of the Debtor's earrings, eternity band and engagement ring. | | | |
| 5 | Copy of the photo of the Debtor's designer shoes | | | |
| 6 | Copies of the Debtor's personal bank statements for Truist Bank account from CMI Period. | | | |
| 7 | Copy of a photo of the Debtor's designer bags. | | | |

LF-49 (rev. 12/01/09)

| 8 | Proof of Valuation of Designer bags and shoes | | | |
|---|---|---|---|---|

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **EXHIBIT REGISTER AND EXHIBITS** was provided this  1st  day of  March , 2024 to: **all registered users of ECF via NEF and via email to: BSB@BGgLaw.Com and to the Debtor** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.
*Attorney for the Debtor*
Laila S. Gonzalez, Esq.
Florida Bar No.: 00975291
10691 N. Kendall Drive, Suite 207
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com

LF-49 (rev. 12/01/09)